BARBARA KRAUSE *ET AL.*, PLAINTIFFS-RESPONDENTS, v. AMERICA ON WHEELS *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Jacobson & Winter* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Pellettieri & Rabstein* for the respondents.

October 5, 1959. Denied.

FRANK WAGNER, PLAINTIFF-PETITIONER, v. BOROUGH OF LODI *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 56 *N. J. Super.* 204.

*Mr. James A. Major* for the petitioner.

*Mr. Martin Klughaupt* for the respondents.

October 5, 1959. Denied.